IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LUIS AGUILAR RODRIGUEZ,** | |
| *Petitioner*, | |
| v. | Civil No.: 1:25-cv-03695-JRR |
| **NIKITA BAKER,** *et al.*, | |
| *Respondents*. | |

## ORDER

Petitioner Luis Aguilar Rodriguez initiated this action with a Petition for Writ of Habeas Corpus on November 11, 2025. (ECF No. 1; the "Petition.")

The All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). Further, the Supreme Court recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels." *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (citing cases).

In order to preserve existing conditions and the potential jurisdiction of this court over this matter while the court determines the scope of its authority to grant the requested relief; to ensure Petitioner is able to participate in the adjudication of his request for habeas relief, including participation in court proceedings and access to legal counsel for such purpose; to ensure the court is able to evaluate the Petition (including any amendment thereto) based on his in-court testimony and other evidence that may be offered; and to ensure Respondents have a fulsome opportunity to brief and present arguments as they see fit:

As set forth on the record during the Scheduling and Status Conference held this 13th day of November 2025, for the foregoing reasons and in accordance with the court's authority under the All Writs Act, it is this 13th day of November 2025:

**ORDERED** that Respondents, including all those acting for them or on their behalf, are enjoined from removing Petitioner from the United States or altering his legal status during the pendency of this action subject to further order of this court; and further it is

**ORDERED** that counsel for Respondents shall ensure a copy of this order is immediately and without delay transmitted to all necessary individuals to ensure strict compliance with this order; and further it is

**ORDERED** that Petitioner or Respondents may move to dissolve this order for good cause; and further it is

**ORDERED** that the order at ECF No. 2 shall be, and is hereby, **VACATED as MOOT**.

/S/
_____
Julie R. Rubin
United States District Judge