IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LUIS AGUILAR RODRIGUEZ**,

*Petitioner*,

v.

**JEREMY BACON**, *et al.*,

*Respondents*.

Civil No.: 1:25-cv-03695-JRR

## ORDER

Pending before the court is Petitioner Luis Aguilar Rodriguez's First Amended Petition for Writ of Habeas Corpus (ECF No. 9; the "Petition"), as well as Respondents'[1] Response to Amended Petition and Motion to Dismiss (ECF No. 10; the "Motion to Dismiss") and supplement to same (ECF No. 11). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss on January 6, 2026, and called the parties back for oral ruling from the bench on January 9, 2026. For the reasons set forth in open court during the court's oral ruling from the bench, it is this 9th day of January 2026:

**ORDERED** that the Government's Motion to Dismiss (ECF No. 10) shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that the Petition (ECF No. 9) shall be, and is hereby, **GRANTED IN PART** as follows and is otherwise **DENIED**:

1) In accordance with, and subject to, a forthcoming order as to the mode/manner of release (or transport and release), the Government shall release Petitioner from physical custody in accordance with the terms and conditions of his Order of Supervision in

---

[1] Respondents are referred to herein collectively as the "Government."

effect on November 9, 2025; and

2) The Government shall afford Petitioner a reasonable fear interview with a United States Immigration and Customs Enforcement officer, which shall include *de novo* review by an Immigration Judge of a negative determination; and further it is

**ORDERED** that the order at ECF No. 6 shall be, and is hereby, **VACATED**.

/S/

_____
Julie R. Rubin
United States District Judge