# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**LUIS AGUILAR RODRIGUEZ,**

*Petitioner*,

v.

**JEREMY BACON,** *et al.*,

*Respondents*.

**Civil No.: 1:25-cv-03695-JRR**

## ORDER

Further to the order at ECF No. 20, and in consideration of the Notice at ECF No. 19, the Government shall release Petitioner from physical custody no later than 5:00PM tomorrow, January 10, 2026, in accordance with the terms and conditions of his Order of Supervision in effect on November 9, 2025.

Madam Clerk shall **CLOSE** this case.

January 9, 2026

/S/

_____

Julie R. Rubin
United States District Judge